

FILED

02/16/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0647

# IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA-23-0647

| | |
|---|---|
| IN RE THE MARRIAGE OF: <br><br> LISA L. SWIFT, <br><br>    Petitioner/Appellee, <br> vs. <br><br> MATTHEW T. SWIFT, <br><br>    Respondent/Appellant. | **ORDER** |

UPON MOTION BY RESPONDENT/APPELLANT Mathew T. Swift, and good cause appearing,

IT IS HEREBY ORDERED that Matthew T. Swift's *Second Motion for Extension of Time* is GRANTED. Respondent/Appellant has an extension to and including Monday, February 26, 2024, to file his Opening Brief.

Dated _____, 2024.

_____
Chief Justice

_____

_____

_____

_____
Justices

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 16 2024